1  Michael K. Brown (SBN 104252)
   mkbrown@reedsmith.com
2  Lisa M. Baird (SBN 179958)
   lbaird@reedsmith.com
3  Mildred Segura (SBN 210850)
   msegura@reedsmith.com
4  Elizabeth G. Minerd (SBN 260971)
   eminerd@reedsmith.com
5  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
6  Los Angeles, CA  90071

7  Telephone:   213.457.8000
   Facsimile:   213.457.8080
8
   Attorneys for Defendants
9  Medtronic, Inc. and Medtronic Sofamor
   Danek USA, Inc.
10
                     UNITED STATES DISTRICT COURT
11
                    CENTRAL DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| CARMELA VITALE, a individual,<br><br>            Plaintiff,<br><br>vs.<br><br>MEDTRONIC, INC.; MEDTRONIC SOFAMOR DANEK, USA, INC.; and DOES 1-100, Inclusive,<br><br>            Defendants. | Case No. 2:14-cv-04526-RGK-AGR<br><br>**DEFENDANTS MEDTRONIC, INC. AND MEDTRONIC SOFAMOR DANEK, USA, INC.'S REQUEST TO THE CLERK OF THE COURT TO WITHDRAW APPLICATION TO TAX COSTS** [*DOC. NO. 25*]<br><br>Date: September 11, 2014<br>Time: 1:00 p.m.<br><br>Complaint Filed: November 6, 2013<br><br>Honorable R. Gary Klausner |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

US_ACTIVE-119135382

DEFENDANTS MEDTRONIC, INC. AND MEDTRONIC SOFAMOR DANEK USA, INC.'S REQUEST TO
WITHDRAW APPLICATION TO TAX COSTS [DOC. NO. 25]

Defendants Medtronic, Inc. and Medtronic Sofamor Danek USA, Inc. wish to alert the Clerk of the Court that after Defendants filed their Application to Tax Costs on August 22, 2014 [Doc. No. 25], counsel for the parties have discussed and have agreed to resolve the issue of costs without the need for Court intervention. As such, Defendants respectfully request that their Application to Tax Costs be withdrawn and that no costs be entered against Plaintiff Carmela Vitale.

DATED: September 10, 2014        REED SMITH LLP

By   */s/ Michael K. Brown*
   Michael K. Brown
   Lisa M. Baird
   Mildred Segura
   Elizabeth G. Minerd
   *Attorneys for Defendants Medtronic, Inc. and Medtronic Sofamor Danek USA, Inc.*